### DAN ALBIDREZ V. THE STATE.

No. 11311.  Delivered October 12, 1927.

**1.—Sale of Intoxicating Liquor—Appeal Bond—Made in Term Time—Insufficient.**

Before the adjournment of the term of court at which appellant was tried, he made an appeal bond, which was approved by the sheriff and the court. Under Arts. 816 and 818, C. C. P., the Court of Criminal Appeals acquires no jurisdiction of an appeal where an appeal bond is given by the appellant during the term of court, and this appeal is dismissed.

#### ON REHEARING.

**2.—Same—Transcript Corrected—Appeal Reinstated.**

By supplemental transcript it is now made to appear that appellant's appeal bond was made after the adjournment of the term of court, and his appeal is reinstated.

**3.—Same—No Statement of Facts Nor Bill of Exception.**

The transcript in this case contains no statement of facts or bills of exception, and in the absence of these there are no questions presented requiring review, and the judgment is affirmed.

Appeal from the District Court of Lubbock County. Tried below before the Hon. Homer L. Pharr, Judge.

Appeal from a conviction for the sale of spirituous, vinous and malt liquors, containing in excess of one per cent of alcohol by volume, penalty one year in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

CHRISTIAN, JUDGE.—The offense is the sale of spirituous, vinous and malt liquors containing in excess of one per cent of alcohol by volume, the punishment confinement for one year.

The record discloses that the term of court at which appellant was tried ended on the 21st day of May, 1927, and that on

the 19th day of May, 1927, before the adjournment of the court for the term, appellant entered into an appeal bond, which was approved by the sheriff and the court.   Under Arts. 816 and 818, C. C. P., the Court of Criminal Appeals acquires no jurisdiction of an appeal where an appeal bond is given by appellant during the term of court.   Lang v. State, 190 S. W. 146; Hale v. State, 219 S. W. 1097.

The appeal is dismissed.                              *Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—By a supplemental transcript the caption has been amended and now shows that the court adjourned on the 14th of May, which was before the appeal bond mentioned in the original opinion was filed.   The order of dismissal is set aside, and the appeal reinstated.

Considering the merits of the appeal, it appears that the transcript contains no bills of exceptions and is accompanied by no statement of facts.  In the absence of these there are no questions presented requiring review.   In the motion for new trial the charge of the court is criticized, but in the absence of the evidence adduced upon the trial, the applicability of the court's charge to the facts before it is not ascertainable on appeal.

The judgment is affirmed.

*Affirmed.*